

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2014

No. 04-13-00452-CV

**IN RE WILLA PETERS HUBBERD TESTAMENTARY TRUST,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 1986-PC-1440
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

Sitting:     Catherine Stone, Chief Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

The panel has considered the appellees Willa Yturri Graff and Frances Yturri's motion for rehearing, and the motion is DENIED.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court